Decision Per Curiam.

---

Albert M. Rebston, Appellant, vs. Annie M. Rebston, Appellee.

### DIVISION A.

Appeal from the Circuit Court, Duval county; Rydon M. Call, Judge.

*D. C. Campbell,* for Appellant.

*A. W. Cockrell & Son,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.